EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br> Medidas Especiales para la <br> Extensión de Términos por <br> Motivo del Jueves Santo | 2003 TSPR 54 <br><br> 158 DPR \_\_\_\_ |

Número del Caso: EN-2003-02

Fecha: 15/abril/2003

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para la
Extensión de Términos por
Motivo del Jueves Santo

EN-2003-02

EN-2003-02

RESOLUCION

San Juan, Puerto Rico, a 15 de abril de 2003.

El jueves 17 de abril de 2003, día en que se celebra e
Jueves Santo, el Juez Presidente, Hon. José A. Andréu Garcí
concedió la tarde libre a los empleados de la Rama Judicial
con cargo al balance de licencia de vacaciones. A tal efect
en virtud de nuestra facultad para reglamentar lo
procedimientos judiciales, al computar los términos dispuesto
en las distintas leyes y reglas aplicables a los procedimiento
y trámites judiciales se aplicará lo dispuesto por lo
Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.
secs. 72 y 73 y se considerará el Jueves Santo como si fuera u
día feriado completo. Cualquier término a vencer ese día s
extenderá hasta el martes 22 de abril, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del
Tribunal Supremo. Los Jueces Asociados señores Corrada del Rí
y Rivera Pérez no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo